United States District Court
Northern District of California

1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                  NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHAEL THOMAS GILUSO,                          Case No.  23-cv-03517-PCP

            Plaintiff,
8
                                                     **ORDER DISMISSING CASE**
9          v.

10   BURBERRY LIMITED,

            Defendant.
11

12

13          Plaintiff Michael Thomas Giluso and Defendant Burberry Limited Corporation, LLC

14   stipulated to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure

15   41(a)(1)(A)(ii). Pursuant to that stipulation, the Court dismisses this case with prejudice as to all

16   defendants. Each party shall bear their own attorney's fees and costs. The Clerk shall close the

17   case.

18          **IT IS SO ORDERED.**

19

20   Dated: April 16, 2025

21

22
                                                     _____
23                                                   P. Casey Pitts
                                                     United States District Judge
24

25

26

27

28